UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHELLE MORALES    )
                    )                    4:23-cv-00131
V.                  ) CIVIL ACTION NO.  _____
                    )
                    )
PETSMART LLC        )

## AGREED MOTION TO DISMISS WITH PREJUDICE

COMES NOW Michelle Morales and moves to dismiss all of her claims with prejudice to refiling against PetSmart LLC.

Court costs will be taxed to the party incurring same.

Respectfully submitted,

By: /s/ Jon Zumwalt
David K. Mestemaker
TB# 13974600
Fed. ID# 14410
3100 Timmons Lane, Suite 455
Houston, Texas 77027
Telephone: (713) 626-8900
Fax: (713) 626-8910
dkm@mandsattorneys.com

Attorney-in-Charge for Michelle Morales

         /S/ William H. Luck, Jr.
By:  _____
William H. Luck, Jr.
Texas Bar # 12666450
Fed. ID# 6070
1412B Stonehollow Dr.
Houston, Texas 77339
(281) 358-7611
(281) 358-0299 (Fax)
Bill.Luck@sbcglobal.net

Attorney-in-Charge for PetSmart LLC

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served via e-serve on all attorneys of record in this case on this the 12 day of November 2024.

_____
William H. Luck, Jr.