United States District Court
Southern District of Texas
**ENTERED**
November 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE MORALES | ) | |
| | ) | 4:23-cv-00131 |
| V. | ) CIVIL ACTION NO. _____ | |
| | ) | |
| | ) | |
| PETSMART LLC | ) | |

### ORDER DISMISSING CASE WITH PREJUDICE TO REFILING

The Court having considered the Agreed Motion to Dismiss with Prejudice hereby grants said motion and the claims of Michelle Morales against PetSmart LLC are dismissed with prejudice.

Court costs are taxed to the party incurring same.

SIGNED this the  13th  day of   November  , 2024 at Houston, Texas.

_[signature]_
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE